

IT IS SO ORDERED.
Signed August 10, 2009



**Arthur S. Weissbrodt
U.S. Bankruptcy Judge**

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| LYNNE MARTINDELCAMPO | Case No. 07-53583 ASW |
| | **ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN** |
| Debtor | |

Upon consideration of Debtor's APPLICATION/MOTION TO MODIFY CHAPTER 13 PLAN filed with the court on August 04, 2009, and good cause appearing therefore;

IT IS ORDERED that the modified plan filed on August 04, 2009 is confirmed.

* * * END OF ORDER * * *

The Chapter 13 Trustee has reviewed the Application or Motion to Modify Chapter 13 Plan and if applicable, the Amended Schedules I and J, and has no opposition thereto.

Dated: August 06, 2009         /s/  DEVIN DERHAM-BURK
                               (HS     )

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 07-53583<br>Northern District of California<br>San Jose<br>Thu Aug  6 14:05:26 PDT 2009 | Aurora Loan Services<br>10350 Park Meadows Dr. St.<br>Littleton, CO 80124-6800 | David A. Boone<br>Law Offices of David A. Boone<br>1611 The Alameda<br>San Jose, CA 95126-2202 |
| Lawrence J. Buckley<br>Brice, Vander, Linden and Wernick<br>9441 LBJ Freeway #350<br>Dallas, TX 75243-4652 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Commonwealth Central<br>5890 Silver Creek Valley<br>San Jose, CA 95138-1028 | Commonwealth Central Credit Union<br>c/o Mary Ellmann Tang<br>111 Deerwood Road<br>Suite 388<br>San Ramon, CA 94583-1551 | Devin Derham-Burk<br>P.O. Box 50013<br>San Jose, CA 95150-0013 |
| Franchise Tax Board<br>Special Procedures<br>PO Box 2952<br>Sacramento, CA 95812-2952 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | LVNV Funding LLC its successors and assigns<br>assignee of Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lynne MartinDelCampo<br>545 N. Valencia Blvd.,<br>Woodlake, CA 93286-1128 | Miguel A. MartinDelCampo<br>2530 Los Coyotes Court<br>Gilroy, CA 95020-9140 | Mortgage Electronic Registration Systems, In<br>c/o PITE DUNCAN, LLP<br>525 E. Main Street<br>P.O. Box 12289<br>El Cajon, CA 92022-2289 |
| Mortgage Electronic Registration Systems, In<br>Pite Duncan, LLP<br>c/o Melodie A. Whitson<br>525 E. Main Street<br>P. O. Box 12289q<br>El Cajon, CA 92020-4007 | NDC Check Services<br>1515 N Warson Rd # 249<br>Saint Louis, MO 63132-1109 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |
| Santa Clara Co. Tax Collector<br>70 W. Hedding St.<br>San Jose, CA 95110-1771 | Secretary of The Treasury<br>15th and Pennsylvania Ave. NW<br>Washington, DC 20220-0001 | Select Portfolio Servicing<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |
| State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279-0001 | Mary Ellmann Tang<br>Law Offices Mary Ellman Tang<br>111 Deerwood Rd. #388<br>San Ramon, CA 94583-1551 | The Home Depot<br>PO Box 689100<br>Des Moines, IA 50368-9100 |
| U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 | U.S. Attorney General<br>Civil Trial Sec. Western<br>PO Box 683 Ben Franklin<br>Washington, DC 20044-0683 | United States Attorney's Office<br>Attn: Chief Tax Division<br>450 Golden Gate Ave. 10th<br>San Francisco, CA 94102-3661 |
| VW Credit Inc.<br>1401 Franklin Blvd<br>Libertyville, IL 60048-4460 | VW Credit, Inc.<br>c/o Larry Buckley<br> P O Box 829009<br>Dallas,, TX 75382-9009 | VW Credit, Inc.<br>P. O. Box 829009<br>Dallas, Texas 75382-9009 |

| | | |
|---|---|---|
| Washington Mutual Card Services<br>P.O. Box 660487<br>Dallas, TX 75266-0487 | Wells Fargo Bank NV NA<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Wells Fargo Card Services Inc.<br>P.O. Box 30086<br>Los Angeles, CA 90030-0086 |
| Melodie A. Whitson<br>Pite Duncan<br>4375 Jutland Dr. #200<br>San Diego, CA 92117-3600 | eCAST Settlement Corporation assignee of<br>Citibank USA NA/HOME DEPOT<br>POB 35480<br>Newark NJ 07193-5480 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Arthur S. Weissbrodt
San Jose

End of Label Matrix
Mailable recipients    34
Bypassed recipients     1
Total                  35